United States Courts
Southern District of Texas
FILED

*April 11, 2025*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CRIMINAL NO.** |
| **v.** | § | |
| | § | **4:25-cr-164** |
| **WILL NORWOOD,** | § | |
| Defendant | § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE

### Felon In Possession of a Firearm

On or about December 19, 2024, in the Houston Division of the Southern District of Texas, the Defendant,

## WILL NORWOOD

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Taurus, model PT 640 PRO, .40 Caliber pistol, and the firearm has been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

1

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm, involved in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(8) as charged in Count One, is subject to forfeiture, including, but not limited to, the following:

Taurus, model PT 640 PRO, .40 Cal, Serial Number SES49248 pistol

**A TRUE BILL:**

Original Signature on File

**FOREPERSON OF THE GRAND JURY**

**NICHOLAS J. GANJEI**
**UNITED STATES ATTORNEY**

**BY:** _Rebekah Saunders_
   **Rebekah Saunders**
    **Assistant United States Attorney**

2